**LEE LITIGATION GROUP, PLLC**
C.K. Lee (CL 4086)
Anne Seelig (AS 3976)
30 East 39th Street, 2nd Floor
New York, NY 10016
Telephone: (212) 465-1188

### IN THE UNITED STATES DISTRICT COURT
### FOR THE SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| ADRIAN MONTER, JOHNNY RIVAS and IVAN ARCOS, on behalf of themselves and others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>AP & SS RESTAURANT GROUP LLC d/b/a SEA FIRE GRILL, ALBAN PRELVUKAJ a/k/a BEN PRELVUKAJ, SHABAN SINANAJ a/k/a BEN SINANAJ, and ABNESHE SINANAJ,<br><br>Defendants. | No. 18 cv. 01859 |

**NOTICE OF PLAINTIFFS' UNOPPOSED MOTION FOR PRELIMINARY APPROVAL OF CLASS ACTION SETTLEMENT, CONDITIONAL CERTIFICATION OF THE SETTLEMENT CLASS, APPOINTMENT OF PLAINTIFFS' COUNSEL AS CLASS COUNSEL, AND APPROVAL OF PROPOSED NOTICE OF SETTLEMENT**

For the reasons set forth in the Memorandum of Law in Support of Plaintiffs' Motion for Preliminary Approval of the Class Action Settlement, Conditional Certification of the Settlement Class, Appointment of Plaintiffs' Counsel as Class Counsel, and Approval of Proposed Notice of Settlement ("Motion for Preliminary Approval"), and the Declaration of C.K. Lee in Support of Plaintiffs' Motion for Preliminary Approval ("Lee Declaration"), Plaintiffs respectfully request that the Court enter an Order:

(1) granting preliminary approval of the Settlement and Release Agreement ("Settlement Agreement"), Decl. of C.K. Lee ("Lee Decl.") Ex. A;

(2) certifying the proposed class for settlement purposes only;

(3) appointing Lee Litigation Group, PLLC ("Lee Litigation Group") ("Plaintiffs' Counsel") as Class Counsel;

(4) approving the proposed Notice of Proposed Settlement of Class Action Lawsuit and Fairness Hearing, Lee Decl. Ex. B;

(5) approving Arden Claims Service as Claims Administrator; and

(6) granting such other, further, or different relief as the Court deems just and proper.

*   *   *

Plaintiffs have contemporaneously submitted a Proposed Order, attached hereto as **Exhibit A**, for the Court's convenience.

Dated: March 22, 2019
New York, New York

    Respectfully submitted,

By:   /s/ C.K. Lee
      Lee Litigation Group, PLLC
      C.K. Lee (CL 4086)
      Anne Seelig (AS 3976)
      30 East 39th Street, 2nd Floor
      New York, NY 10016
      (212) 465-1188
      *Attorneys for Plaintiffs and the Class*