# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| ADRIAN MONTER, JOHNNY RIVAS, and IVAN ARCOS, *on behalf of themselves, FLSA Collective Plaintiffs and the Class,*<br><br>Plaintiffs,<br><br>v.<br><br>AP & SS RESTAURANT GROUP LLC d/b/a SEA FIRE GRILL, ALBAN PRELVUKAJ a/k/a BEN PRELVUKAJ, SHABAN SINANAJ, a/k/a BEN SINANAJ, and ABNESHE SINANAJ,<br><br>Defendants. | Case No.: 18-CV-01859<br><br>Daniels, J.<br><br>**NOTICE OF PLAINTIFFS' UNOPPOSED MOTION FOR CERTIFICATION OF THE SETTLEMENT CLASS, FINAL APPROVAL OF THE CLASS ACTION SETTLEMENT, AND APPROVAL OF THE FLSA SETTLEMENT** |

For the reasons set forth in (i) the Memorandum of Law in Support of Plaintiffs' Unopposed Motion for Certification of the Settlement Class, Final Approval of the Class Action Settlement, and Approval of the FLSA Settlement ("Plaintiffs' Motion for Final Approval") and (ii) the Declaration of C.K. Lee in Support of Plaintiffs' Unopposed Motion for Certification of the Settlement Class, Final Approval of the Class Action Settlement, and Approval of the FLSA Settlement, and the exhibits attached thereto, Plaintiffs respectfully request that the Court enter the proposed Order, attached hereto as **EXHIBIT A**.

Dated: September 19, 2019          Respectfully submitted,

                                             LEE LITIGATION GROUP, PLLC

By:    /s/ C.K. Lee
       C.K. Lee, Esq. (CL 4086)
       Anne Seelig, Esq. (AS 3907)
       148 West 24th Street, Eighth Floor
       New York, NY 10011
       Tel.: 212-465-1188
       Fax: 212-465-1181

*Attorneys for Plaintiffs and the Class*